IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 17-0261-KD-N |
| MONTREZ CASTON | : |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, MONTREZ CASTON, by consent, appeared before the undersigned Magistrate Judge on December 16, 2019, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count SIXTEEN of the Superseding Indictment, charging a violation of Title 18, United States Code Section 1956(h), Conspiracy to Money Launder.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore recommends that the plea of guilty be accepted and that the Defendant, MONTREZ CASTON, be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 12th day of March 2020.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.