# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:17-00261-KD-B-3 |
| | ) |
| MONTREZ CASTON, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 140) and without any objection having been filed by the parties, the Defendant's plea of guilty to COUNT SIXTEEN of the Superseding Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **November 6, 2020** at **9:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile Alabama, 36602.

**DONE** and **ORDERED** this the **5th** day of **November 2020.**

                                   /s/ Kristi K. DuBose
                                   **KRISTI K. DuBOSE**
                                   **CHIEF UNITED STATES DISTRICT JUDGE**